(100 So. 927)

O. H. WHITSIDE v. STATE. (7 Div. 951.) (Court of Appeals of Alabama. June 3, 1924.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. Assault and battery.

FOSTER, J. Affirmed, on authority of Summers v. State, 19 Ala. App. 556, 99 South. 48.

(100 So. 927)

William WILKINSON v. STATE. (8 Div. 152.) (Court of Appeals of Alabama. June 3, 1924.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Retailing.

FOSTER, J. Appeal dismissed.

(100 So. 927)

Ed WILLIAMS v. CITY of BESSEMER. (6 Div. 321.) (Court of Appeals of Alabama. May 20, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition ordinance.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(104 So. 927)

Isaac WILLIAMS v. W. C. McCARTY et al. (6 Div. 659.) (Court of Appeals of Alabama. April 23, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(103 So. 927)

Charles W. WILLIAMS v. Ed S. MOORE and Lee McGriff, a Corporation. (2 Div. 348.) (Court of Appeals of Alabama. April 7, 1925.) Appeal from Circuit Court, Choctaw County; Ben D. Turner, Judge.

BRICKEN, P. J. It appears from the certificate of appeal in this case that this cause was tried and determined in the lower court on November 1, 1923, resulting in a judgment in favor of plaintiff (appellee) for $451.77 and costs amounting to $44.60. It further appears that an appeal from said judgment was taken on October 23, 1924, to this court. The certificate of appeal was here filed on March 18, 1925. The cause was submitted in this court on March 19, 1925, upon motion to affirm the judgment of the lower court. This motion of necessity must be granted. The appeal was not taken within the time required by law. Code 1923, § 6127. Moreover, nothing has been done to perfect the appeal. Let the judgment appealed from stand affirmed. Affirmed.

(100 So. 927)

Winston WILLIAMS v. STATE. (7 Div. 56.) (Court of Appeals of Alabama. June 10, 1924.) Appeal from Circuit Court, St. Clair County; Woodson J. Martin, Judge. Assault and battery.

FOSTER, J. The appeal is on the record without bill of exceptions. There is no error in the record, and the judgment of the circuit court is affirmed. Affirmed.

(100 So. 927)

Walker WILLIAMS v. STATE. (6 Div. 486.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed.

(101 So. 927)

Jim, alias Briarpatch, WILLIAMS v. STATE. (7 Div. 994.) (Court of Appeals of Alabama. June 30, 1924.) Appeal from Circuit Court, Talladega County; S. W. Tate, Judge.

BRICKEN, P. J. From a judgment of conviction for the offense of unlawfully possessing a still to be used for the purpose of manufacturing prohibited liquors or beverages this appeal is taken. The appeal is upon the record only, there being no bill of exceptions. No error is apparent on this record; therefore the judgment appealed from is affirmed. Affirmed.

(101 So. 927)

Mathew WILLIAMS v. STATE. (2 Div. 319.) (Court of Appeals of Alabama. Nov 5, 1924.) Appeal from Circuit Court, Marengo County; John McKinley, Judge. Manufacturing liquor.

SAMFORD, J. Appeal dismissed.

(104 So. 927)

J. C. WILLIS v W. W. COBB. (6 Div. 708.) (Court of Appeals of Alabama. May 12, 1925.) Appeal from Circuit Court, Lamar County; R. L. Blanton, Judge.

SAMFORD, J. Affirmed.

(102 So. 927)

Johnny WILSON v. STATE. (6 Div. 565.) (Court of Appeals of Alabama. Dec. 16, 1924.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Second degree murder.

FOSTER, J. Appeal dismissed on motion of Attorney General.